FILED '05 OCT 13 12:07 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KLAMATH-SISKIYOU WILDLANDS )
CENTER, SISKIYOU REGIONAL )
EDUCATION PROJECT, and OREGON )
NATURAL RESOURCES COUNCIL, )
Oregon non-profit )
corporations, )
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　) Civil No. 04-1522-CO
　　v. )
　　　　　　　　　　　　　　　　) ORDER
The BUREAU OF LAND MANAGEMENT,)
an agency of the United States)
Department of Interior, )
　　　　　　　　　　　　　　　　)
　　　　　　Defendant. )
　　　　　　　　　　　　　　　　)

Magistrate Judge John P. Cooney filed Findings and Recommendation on July 12, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the

1    - ORDER

district court must make a _de novo_ determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

Plaintiffs have timely filed objections. I have, therefore, given _de novo_ review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed July 12, 2005, in its entirety. Defendant's motion to dismiss without prejudice, or in the alternative for a stay of proceedings (#54) is granted and the clerk shall enter a judgment dismissing the case without prejudice. Plaintiffs' motions to strike (#60) and motion for summary judgment (#37) are denied as moot.

IT IS SO ORDERED
DATED this 13th day of Oct., 2005.

_____
Michael C. Hogan
UNITED STATES DISTRICT JUDGE